```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARRIE S. LEONETTI, Maryland Bar
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorneys for Defendant
 6  ULYSSES JACK PERKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-93 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATIONS AND PROTECTIVE ORDER |
| v. | ) | Date: October 10, 2006 |
|  | ) | Time: 9:00 a.m. |
| ULYSSES JACK PERKINS, | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| _____ | ) | |

This cause is before the Court on the Defendant, Ulysses Jack Perkins ("Mr. Perkins")'s objections to the presentence investigation report ("PSR") and motion for downward variance. The parties, the United States of America, by and through Assistant United States Attorney Stanley A. Boone, and Mr. Perkins, by and through Assistant Federal Defender Carrie Leonetti, have consulted and agreed to the entry of the following proposed stipulations concerning disclosure of Mr. Perkins's California Youth Authority ("CYA") records by the Court to the parties in this matter and

**STIPULATE AS FOLLOWS**:

1. The Court shall provide each of the parties, by and through counsel undersigned, one (1) copy of the CYA records provided to the Court *in camera* by the United States Probation Office ("CYA records").

2. The CYA records may be used, copied, reproduced, or disseminated by the Government and the defense solely subject to the terms of this protective order.

3. The CYA records shall be kept by undersigned counsel in a secured location, accessible only to

undersigned counsel. The following individuals may examine this material: (1) undersigned counsel; (2) Mr. Perkins; (3) any defense investigator or paralegal assigned to assist with Mr. Perkins's defense in this matter; (4) any special agent or employee of the Federal Bureau of Investigation assigned to assist with the investigation of Mr. Perkins's case in this matter, to the extent that such examination is necessary to assist the Government at sentencing; and (5) any experts retained by Mr. Perkins or the Government to assist in the defense or prosecution of the case.

4. The CYA records shall be maintained by undersigned counsel and used by counsel and any members of his or her staff and/or expert witness(es) solely and exclusively in connection with this case and for no other purpose.

5. The parties reserve the right to seek to modify this protective order and to object to any modification of this protective order should an issue arise.

6. A copy of this protective order shall be kept with the CYA records at all times.

DATED: September 15, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff

DATED: September 15, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
ULYSSES JACK PERKINS

**ORDER**

**THE ABOVE STIPULATIONS ARE HEREBY ENTERED AS A PROTECTIVE ORDER.**
IT IS SO ORDERED.

**Dated:   September 19, 2006**         /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE