**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-93 AWI |
| ) | |
| Plaintiff, ) | **ORDER RE MOTION TO** |
| ) | **MODIFY PROTECTIVE** |
| v. ) | **ORDER** |
| ) | |
| ULYSSES JACK PERKINS, ) | **Hearing:** |
| ) | **October 10, 2006 at 9:00 a.m.** |
| Defendant. ) | |
| ) | |

Upon review of Defendant's Motion to Modify Protective Order filed on September 20, 2006 and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Neither the parties nor their agents shall use, copy, reproduce, or disseminate the CYA records provided under the Court's protective order dated September 19, 2006 ("first protective order") until further order of the Court.

2. Neither the parties nor their agents shall permit examination of the material provided under the first protective order by, or discuss the contents thereof with, any third parties, including investigators, paralegals, agents, employees, or experts assisting with preparation for sentencing.

3. The Government shall respond to Defendant's motion by 4:00 p.m. September 29, 2006, and Defendant may reply by 4:00 p.m. October 4, 2006.

4.  Hearing on Defendant's motion shall be on October 10, 2006 at 9:00 a.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   September 22, 2006**          /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

2