McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 06-CR-00093 AWI |
| | ) | |
| Plaintiff-Appellee, | ) | ORDER ON MOTION TO CONTINUE |
| | ) | BRIEFING SCHEDULE AND HEARING |
| v. | ) | ON MATTER |
| | ) | |
| ULYSSES JACK PERKINS, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

The government's motion to extend the briefing schedule and to continue the hearing/sentencing on the above-referenced case is hereby GRANTED.

Accordingly, the government has until 4:00 p.m., October 6, 2006, to respond to defendant's motion and the defendant shall have until 4:00 p.m., October 11, 2006 to reply.

IT IS ALSO ORDERED THAT the hearing and sentencing on this matter is continued to October 16, 2006, at 9:00 p.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

**Dated:   September 28, 2006**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE