HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ULYSSES JACK PERKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  1:06-CR-00093-AWI-1 |
| ) | |
| Plaintiff,    ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE SENTENCING HEARING** |
| vs.    ) | |
| ) | Date:   December 14, 2015 |
| ULYSSES JACK PERKINS,    ) | Time:   8:30 a.m. |
| ) | Judge:  Hon. Lawrence J. O'Neill |
| Defendant.    ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Brian Enos, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant, Ulysses Jack Perkins, that the sentencing hearing currently set for December 7, 2015, at 10:00 a.m., before Judge Anthony W. Ishii, **may be rescheduled to December 14, 2015, at 8:30 a.m., before Judge Lawrence J. O'Neill.**  (Judge Ishii will be unavailable on December 14, 2015).

The reason for this request is that the probation officer needs additional time to prepare the memorandum.  The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: November 19, 2015 | /s/ *Brian Enos*<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: November 19, 2015 | /s/ *Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ULYSSES JACK PERKINS |

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing as to Ulysses Jack Perkins currently set for December 7, 2015 is continued to December 14, 2015, at 8:30 a.m., in Courtroom 4 before Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:  November 23, 2015                                         _____
                                                                                          SENIOR DISTRICT JUDGE